[No. 11152–3–I.   Division One.   April 11, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD
RALPH MUELLER, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 81–1–00090–1, Marshall Forrest, J.,
entered November 23, 1981. *Reversed* and *remanded* by
unpublished opinion per Durham, J., concurred in by
Andersen, C.J., and Ringold, J.

[No. 9950–7–I.   Division One.   April 11, 1983.]

DIANA P. KARLS, ET AL, *Respondents,* v. ROBERT
B. KARLS, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 104592, Robert C. Bibb, J., entered
October 9, 1980. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Andersen, C.J., and Corbett,
J.

[Nos.  10837–9–I; 11751–3–I;   Division One.          April 11, 1983.]
       11411–5–I; 11977–0–I.

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT
CARL SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–02459–7, H. Joseph Coleman, J., entered
September 17, 1981, together with petitions for relief from
personal restraint. Judgment *affirmed* and petitions *denied*
by opinion, unpublished in part, per Ringold, J., concurred
in by Swanson and Callow, JJ.